| Description |
| --- |
| (4) gun holsters |
| (1) Promag .223/5.56 rifle magazine (1) Glock .40 caliber magazine (1) Unknown make .45 caliber drum magazine |
| (27) ICC Remington .223 cartridges |
| NIBIN test fire for Tauras 9mm Serial #TER19535 |
| NIBIN test fire for Ruger 9mm Serial #33398261 |
| U.S. Revolver Co. .38 Cal 5 Shot Revolver, S/N Obliterated |
| Two (2) Bullets and Two (2) Cartridge Cases of FTU Secondary Evidence from 1B2 |
| COLT AGENT 2 INCH .28 6 SHOT REVOLVER, SERIAL NUMBER 20493 |
| DETECTIVE SPECIAL (COLT), SERIAL NUMBER C18410, 6 SHOT |
| Waffen Fabrik, Model: Bern Rifle, Cal: 81, Serial: 210821 |
| CMC Single Shot Pistol, Caliber: Unknown, Serial: 13205A |
| Single Shot Pistol, Make: unknown, Caliber: unknown, Serial: 46523 |
| 2F. FOUR LONE BULLETS, THREE BOXES OF REMINGTON BUCKSHOT, TWO BOXES OF WOLF PERFORMANCE AMMO 3F. TWO .45 ROUNDS, ONE 9MM ROUND, ONE MAG FOR .45 ROUND 4F. VARIOUS AMMUNITION 5F. DOSKASPORT GUN CASE W/ BOX OF .45 AMMO 6F. 9MM ROUND 7F. 70MM EXPRESS BUCKSHOT 8F. AMMO CHAIN OF UNKNOWN CALIBER |
| Supressor (unknown make, model, caliber and serial numner) |
| one (1) box of Federal Premium Law Enforcement Ammunition for a 45 Auto |
| Four (4) boxes of ammunition which includes: Two (2) boxes of 40 caliber American Eagle Ammunition One (1) box of Winchester 45 ammunition One (1) box of Federal Premium 45 ammunition |
| One (1) green ammunition can (small) containing various types of ammunition |
| One (1) green ammunition can (large) containing numerous types of ammunition |
| Two (2) Cartridge Cases used for 1B8 NIBIN Testing |
| Live Rounds from K-TEC 9mm Luger |
| K-TEC 9mm Luger with Magazine, SN: 36864 |
| Daisy Powerline .177 BB Caliber, Model 15XT, SN: 4D03019 |
| Ammunition & M16 Magazine |
| Springfield 45 Auto with Magazine, SN: 17964 |
| The Live Rounds from Springfield 45 Auto, SN: 17964 |
| S&W 38 Special, SN: Obliterated |
| Five (5) Rounds Found Inside S&W 38 Special, SN: Obliterated |
| Bryco Model 59, 9mm pistol, s/n 851592 |
| One magazine containing four rounds of 9mm ammunition |
| Black, semiautomatic Smith & Wesson, model SW9VE 9mm handgun, Serial # DSJ3154 & silver Smith & Wesson magazine |
| 7 PPU Luger 9mm rounds of ammunition |
| Silver & Black Ruger, .40 caliber handgun, Serial # 342 21403 & black Ruger magazine |
| Four (4) Federal .40 S&W rounds of ammunition (hollow point) & Eight (8) CCI N R .40 S&W rounds of ammunition |
| Six (6) .40 caliber casings. |
| Smith & Wesson .32 cal revolver |
| Taurus .38 Special revolver |
| Beretta, Model Px4 Storm, bearing serial number, PZ50974 |
| INTERARMS ROSSI .38 CAL SPECIAL S/N D668027 |

GOVERNMENT EXHIBIT A

1

| |
|---|
| COLT "NATIONAL MATCH" SN 9490NM |
| JENNINGS J-22 SN 418193 |
| INTRATEC AB-10 9MM LUGER S/N: A040335 IN COMPUTER CARRYING CASE |
| TAURUS .40 PT940 S/N: SOE75963 |
| INTRATECH AB-10 9MM WITH MAGAZINE S/N A023524 |
| ONE HI-POINT 9MM SEMI-AUTO LUGER, MODEL 09, S/N 1369129 |
| MAGAZINE WITH 4 22 CAL. ROUNDS + 1 22 CAL. ROUND, MAGAZINE WITH 6 45 CAL. ROUNDS |
| ONE BOX OF AMMO |
| 9 ROUNDS OF AMMUNITION |
| (7) 9MM ROUNDS, ONE MAGAZINE WITH (18) 9MM ROUNDS, ONE BOX OF (44) 40 MM ROUNDS |
| Eight (8) Rounds of Ammunition Split from Item 1B42 |
| BULLETS FROM GLOCK HANDGUN |
| NORINCO SPORTER 7.02X39 RIFLE, S/N: 28003496 |
| A.A. ARMS INC. Model ap9, 9mm luger handgun, S/N: FILED DOWN |
| .22 CALIBER BOLT ACTION COMBAT RIFLE, S/N: R21876 |
| .32 CALIBER JENNINGS 38 HANDGUN, S/N: 575360 |
| Taurus .45 CALIBER PISTOL, MODEL PT145 PRO, S/N NZH78883 |
| SKS MODEL MK 354 7.62MM RIFLE S/N 1953R |
| SMITH AND WESSON SW40VE, .40 CAL PISTOL, S/N PBT3107 |
| MOSSBERG 12 GAUGE SHOTGUN, S/N 1285038 unknown model |
| MOSSBERG 12 GAUGE SHOTGUN, S/N 1285513 |
| H & R MODEL 732 .32 CALIBER SIX SHOT REVOLVER S/N AF15934 |
| 6 S & W .32 CALIBER ROUNDS TAKEN FROM 1B 38 |
| One (1) Glock 23, 40., handgun, serial number, RHF648, with original black plastic case and two (2) .40 magazines for the weapon. |
| One (1) Glock Model 26, 9mm handgun, serial number, RHL888, with five (5) magazines |
| 26 "Blazer" brand .40 rounds for the Glock handgun |
| 40 rounds of 9mm ammunition. |
| SHOTGUN (OLD AND NO IDENTIFIABLE MARKINGS PER PFI) |
| Stevens Model 940 Single shot 12 gauge with sawed off barrel and buttstock |
| Hunter Arms Co. L.C. Smith field grade 12 gauge Double barrel shotgun no s/n |
| Arisaka Type 99 7.7x58mm cal Bolt action rifle, s/n: 52567 |
| 24 LIVE 9MM ROUNDS TAKEN FROM MAC 11 |
| THREE ROUNDS TAKEN FROM .38 S & W |
| SOCK WITH FIVE LIVE ROUNDS, .44 CAL |
| ONE 9MM ROUND |
| 15 9MM ROUNDS |
| (10) 12 G SHOTGUN SHELLS 5. (24) 12 G SHOTGUN SHELLS 10. 9MM PISTOL MAGAZINE 11. (10) 9MM ROUNDS 12. BOX 9MM AMMO WITH 42 ROUNDS 14. (10) ROUNDS 45 CAL FOUND IN MAGS 15. (4) 12G SHOTGUN SHELLS 26. (9) 9MM AMMO |
| 15 ROUNDS FROM SMITH & WESSON MAGAZINE |
| PISTOL MAGAZINE & SIX ROUNDS 4. PISTOL MAZAZINE & TWELVE ROUNDS 7. EIGHT SHOTGUN SHELLS & ONE .38 ROUND 9. FIVE SHOTGUN ROUNDS |
| Box containing 9mm and .38 ammo |
| Smith and Wesson SPL+P .38 pistol, serial DBF1405 |

| |
|---|
| 5 rounds of ammo from Smith and Wesson .38 pistol, serial DBF1405 |
| Sig Sauer SP2022 9mm pistol, serial 24B103354 - In box with plastic case |
| two magazines from Sig Sauer |
| Silver and black Ruger P94 9mm pistol, serial number 308-34901 |
| Magazine with 10 rounds from Silver and black Ruger 9mm pistol, serial number 308-34901 |
| Taurus PT22 .22 cal handgun s/n: AWE20761 |
| 12 gauge Mossberg 930 Shotgun S/N: AF078073 |
| Johnsons Arms & Cycle Works .38 caliber revolver, model DFC2698, s/n 34714 |
| Beretta .38 caliber pistol Serial: B99527Y |
| Smith & Wesson 10 mm Pistol Serial: TFC5495 |
| magazine with bullets from handgun |
| One speed loader containing 6 rounds of ammunition, and 9 rounds of ammunition |
| Two pistol magazines 1) 10 mm pistol magazine with four rounds of ammunition 2) .38 caliber pistol mag with seven rounds of ammunition |
| Diamondback FS9 9mm pistol s/n: FA5602 |
| unknown bullet rounds in magazine from 1B 31 |
| Black H&R Model 732 .32 caliber revolver, Serial AJ17627 |
| Cobra model CD .38 special two shot pistol. |
| IAI Automag III 30 Carbine s/n: A02297 |
| Haskell Model JS .45 cal handgun s/n: 007926 |
| AMADEO ROSSI .38 CAL REVOLVER, S/N D883696 , MADE IN BRASIL, IMPORTED BY INTERARMS OF ALEXANDRIA VIRGINIA |
| LORCIN HANDGUN, MODEL L25, S/N 241595, .25 CAL |
| AMMUNITION IN MAGAZINE |
| COLT .32 CALIBER S/N# 373147 model unknown |
| ONE MAGAZINE ABD EIGHT (8) ROUNDS BOX OF 32 AMMO WITH SIXTEEN ROUNDS |
| 30 Remington .38 caliber bullets |
| test fired rounds from Glock 21 .45 cal handgun Ser#BKW414 (4) |
| test fired rounds from Keltec P-32 .32 caliber pistol with Serial # COB95 with magazine |
| Hi-Point 9MM Pistol SN: P057965 |
| Ruger LC9 Semi-Auto Pistol SN: 325-09046 |
| Box of 50rds 9mm Ammunition |
| Ruger LC9 Magazine w/ 4 rds of 9mm Ammunition |
| Two Loaded Magazines |
| Smith & Wesson Revolver .45 Cal, SN: 596787 |
| One Box of 9mm Ammunition |
| Smith & Wesson Pistol SN: HK25438 |
| One Loaded Magazine from Item 1 |
| One Loaded Magazine from Item 17 |
| Magazine w/ 7 rds of 9mm Ammunition. Seperated from 1B16 |
| Glock Gun Case w/ Empty Magazine |
| (1) Round of 9mm Ammunition Taken from Glock Gun Case (1B51) |
| Gun Box that Contained Sig Sauer Handgun |
| Gun Box that Contained Smith & Wesson Handgun with Serial 9D76467 |

3

| |
|---|
| Gun Box that Contained Smith & Wesson Handgun with Serial FYZ7629 |
| Gun Box for Jimenez Arms .380 Auto (Empty) |
| Twelve (12) .40 Caliber Bullets |
| Two (2) 12 Gauge Shotgun Shells |
| One (1) 12 Gauge Shotgun Shell |
| Magazine with 10 loose rounds |
| Winchester 22 Long Rifle Ammunition (134 rounds) |
| five bullets |
| fourteen bullets |
| two bullets |
| 342 rounds of Wolf Ammunition |
| 11 rounds of loose ammunition |
| 100 center fire Remington Rounds of ammunition, 91 rounds of 22 Long Rifle ammunition |
| one black magazine for firearm, no bullets |
| forty-three rounds of Minerva Ammunition, two .9mm rounds, two .223 rounds |
| two 9mm magazine/ one AR/M4 magazine |
| fifteen rounds of ammunition and two magazines |
| five rounds of ammunition (22 rifle) |
| 21 rounds of S&W 40 caliber ammunition |
| four handgun cases |
| ten rounds of .223 ammunition/ fifty rounds of 22WMR ammunition/ one hundred ninety-four rounds of 9mm ammunition/ thirty-four rounds of 35 Auto ammunition |
| six magazines |
| eighty-three rifle cartridges/ twenty-five .380 rounds/ seventy-nine 9mm rounds/ one hundred forty-one 7.62 rounds/ thirty-one .357 rounds/ twenty 7.5 rifle shells/ seven .223 rounds |
| four 40 caliber bullets |
| eight magazines |
| Five .40 caliber rounds and one .40 caliber magazine |
| 9 mm ammunition (24 rounds) |
| test fires from 1Bs 10, 15, 16, 81, 94, 95, 98, 107, 110-114, 192, 193, 195, 200, 204, 205, 207 |
| Sig Sauer, Model: P226 with Two (2) Magazines, Serial: UU620141 |
| Century Arms, Model RAS47 with Magazine, 762 x 39 MM Caliber, Serial: RAS47063380 |
| Smith & Wesson revolver, Model: 38 Special, Serial: 9D76467 |
| Taurus, Model: PT92AF with Magazine, 9mm Caliber, Serial: TI060207 |
| Smith & Wesson, Model: SD9 VE, 9mm Caliber, Serial: FYZ7629 |
| One (1) Sears Roebuck, Model 14 Shotgun, Possible Serial Number: 583.1400 |
| Smith & Wesson pistol, Model SW40VE, serial number PBU8530. |
| one black Glock 17 9mm pistol, s/n: PER242 |
| CZ75 Luger 9MM pistol serial: B760056 |
| Sig Sauer SP2022 9mm s/n: SP0091711 |
| Universal M1 .30 cal rifle s/n: 3382768 |
| Tasco scope attached to Universal M1 .30 cal rifle |
| Tennessee Arms Co. TNARMS15 .22 cal rifle s/n: 1508408345 |
| S&W M&P15 .223 cal rifle, s/n: SU20871 |
| LWRC International M6K 2.23mm rifle, s/n: 24-12777 |

4

| |
|---|
| scope attached to LWRC International 5.56mm rifle |
| Mossberg 500A 12 gauge shotgun, s/n: K910292 |
| Taurus PT22 .22 cal handgun, s/n: AUJ08080 |
| Colt Trooper 357 Magnum revolver, s/n: 38529 |
| Taurus 22LR .22 cal revolver, s/n: 042794 |
| Glock 26 9mm pistol, s/n: BBAW428 |
| Baretta 92FS 9mm pistol, s/n: M85125Z |
| Glock 22 .40 cal handgun, s/n: HWX128 |
| Beretta 96A1 .40 cal handgun, s/n: A55632M |
| S&W 5906 9mm pistol, s/n: TCK5279 |
| Glock pistol with two 9 mm magazines, one speed loader, and two grips |
| Glock 34 Caliber: 9 mm<br>Serial #: DTG384 |
| Gun Box |
| Glock 19<br>Caliber: 9 mm<br>Serial #: VEV712 |
| Smith and Wesson<br>Model: 357 Magnum Revolver<br>Caliber: .357<br>Serial #: AVU0858 |
| M&P 15 Rifle with one magazine |
| Gun Box |
| Cloth rifle case |
| Smith and Wesson pistol with two .40 caliber magazines |
| Diamondback<br>Model: DB15<br>Caliber: .223<br>Serial #: DB1509198 |
| Gun Box |
| Pietro Beretta<br>Model: 92S<br>Caliber: 9 mm<br>Serial #: X25184Z |
| Glock<br>Model: 19<br>Caliber: 9 mm<br>Serial #: ZLT213 |
| Gun Box |
| Beretta 92FS Caliber: 9 mm<br>Serial #: E13839Z |
| Gun Box |
| Hi-Point 9mm Luger pistol, model C-9, s/n P1337749 |
| Glock 22 40 cal pistol s/n: TLV062 |

5

| |
|---|
| Smith & Wesson 9mm pistol s/n: HEB3419 & magazine |
| American Eagle 5.56 x 45mm box of ammo  2. Two magazines  7.  8 rounds of 9mm ammo |
| one bullet from chamber and magazine with three bullets from Glock 22 40 cal pistol s/n: TLV062 |
| Holster |
| 15 live rounds from Smith & Wesson 9mm pistol s/n: HEB3419 & magazine/second magazine with one bullet |
| three boxes of 9mm bullets |
| Ammunition |
| two 9mm magazines |
| holster |
| NIBIN test fires for 1Bs 12, 72, & 120 |
| Nibin test fires for 1B 32 |
| NIBIN Test Fires from 1B153 |
| Gun Box |
| One AR-15 empty magazine |
| Glock 17 9mm pistol |
| NIBIN Test Fires for 1Bs 14, 18, 27, 28, 31 and 63 |
| One (1) black Schmeisser, GSG MP-40 (.22 caliber), S/N:A736289 |
| One (1) black plastic magazine for MP-40 loaded with 16 rounds of .22 caliber ammunition |
| Walther Arms 9mm pistol, model CCP, s/n WK046820 |
| Smith and Wesson MP 9mm s/n: DXZ4662 w/ two magazines |
| Glock Gen5 19 9mm s/n: BFKC240 w/ three magazines |
| Colt Python .357 revolver s/n: V87560 |
| Smith & Wesson 659 9mm pistol s/n: A847107 and one magazine |
| Glock 22 .40 cal pistol s/n: AKR078US with two magazines |
| FN FNY-Tactical .45 caliber s/n: FX3U03387 with two magazines |
| Smith & Wesson 686 .357 Revolver s/n: DJS8886 |
| Colt 1911 .38 cal pistol s/n: 38SCC0433 |
| Smith & Wesson 686 .357 Revolver s/n: CBD2151 |
| FN-FNX .45 cal rifle s/n: FX3U073990 |
| Glock 34 9mm pistol s/n: RUM339 with one magazine |
| Beretta M9 9mm pistol s/n: B012372Z with three magazines |
| Glock 17 Gen 5 9mm pistol s/n: BEYD190 with three magazines |
| Smith & Wesson 327 .35 caliber s/n: CNP7135 |
| Smith & Wesson 327 .357 caliber s/n: ASR0725 |
| Smith & Wesson 360J .357 caliber s/n: DDC4249 |
| M4 Smith & Wesson MP15 .223 rifle s/n: TH88300 with one magazine |
| Colt AR15 .223 caliber s/n: 016323 with one magazine |
| Satava Serbia AK47 7.62x39mm rifle s/n: M92PV062666 |
| Beretta M9A3 9mm s/n: B003014Z |
| Glock 19 9mm pistol s/n: BHRC227 and magazine |
| Smith & Wesson MP15 .22 rifle s/n: DZU2104 (appears tampered) and one magazine |
| Smith & Wesson 351PM .22 caliber s/n: DED9485 |
| Astra model 6.35.25 .25 cal pistol s/n: 681618 and one magazine |
| Glock 19 Gen 4 9x19 s/n: BDDG531 and two black magazines |
| Smith & Wesson 38 Special .38 caliber revolver s/n: CMM4000 |

6

| |
|---|
| Century Arms Micro Draco 7.62x39mm rifle s/n:PMD-03093-15 RO |
| Colt King Cobra 357 s/n: K56942 |
| SKS 7.72 NJRINCE s/n: K56942 s/n: 03836 |
| five (5) .22 rounds and one (1) magazine |
| Magazine and 8 rounds (taken from Walther Arms 9mm pistol), box of 9mm ammo |
| Gun case and holster |
| Osprey Global Rifle Scope |
| 9mm ammunition (22 rounds)/ .40 caliber ammunition (12 rounds)/ eight rounds of .357 ammo from S&W s/n: CNP7135/ 7.62x39 ammunition/ .223 ammunition (142 rounds)/ .357 ammunition (63 rounds)/ 30 carbine ammunition (125 rounds)/ .40 carbine ammunition (26 rounds) /30 rounds of .223 from S&W MP15 s/n: TH88300/ 7.62x39mm ammunition (58 rounds)/ 40 cal ammunition (6 rounds)/ 21 rounds of 7.62x39mm ammo from AK47 s/n: M9ZPV062666/ one .357 mag round of ammunition from S&W s/n: CYM9011/ 17 9mm rounds found in mag loaded into Beretta M9A3 s/n: B0030142/7 .22 cal rounds found in S&W 351PD s/n: DED9481/ .38 special ammunition (21 rounds)/ .22 caliber rounds and one misc. round (total of 6) |
| one ammunition round, unknown caliber/ magazine filled with 15 rounds of ammunition, unknown caliber/ 43 rounds of American Eagle 9mm ammunition/ fifteen rounds of .45 caliber ammunition from S&W s/n: FX3U073990/ fifty rounds of ammunition/ .223 ammunition (42 rounds)/ .25 caliber ammunition (25 rounds)/ 40 caliber ammunition (136 rounds)/ .44 caliber ammunition (6 rounds)/ 9mm ammunition (15 rounds)/ magazine/ two .22 cal rounds, one 9mm round, .357 rounds/ twenty magazines |
| four rifle magazines/ .22 caliber ammunition (72 rounds)/ 9mm ammunition (232 rounds)/five magazines/ 9mm ammunition (19 rounds)/ Winchester 40 cal ammo (37 rounds)/ three magazines/ ammunition from Colt King Cobra s/n: KS6942/ misc. calibers of ammunition (37 rounds)/ Glock magazine/ four buck shot shells and two 9mm rounds/ misc. ammo (41 rounds) |
| Sig Sauer gun barrel |
| 40 cal S&W ammunition (47 rounds)/ Lucky Man reloads 7.62x39mm (68 rounds)/ Federal Premium Law Enforcement 9mm Ammunition (31 rounds)/ box containing 37 rounds of Federal 380 auto ammunition/ twelve rounds of 9mm ammunition from S&W s/n: DXZ4662/ nine 9mm rounds from S&W s/n: A847107/ five .38 caliber rounds/ 80. eight rounds from S&W 327 s/n: ASR0725/ five rounds of .357 ammunition from S&W s/n: DDC4249/ .38 caliber ammunition (99 rounds)/ Golden Tiger 7.62x39mm ammunition (400 rounds)/ .45 carbine ammunition (75 rounds)/ five .25 cal rounds from Astra s/n: 681618 |
| Nibin test fires fro 1Bs 41, 109, 110, 112-114. 116, 119-121, 128, 129, 132, & 133 |
| NIBIN Test Fires for 1Bs 125, 126, 127, 130, & 135 |
| TAURUS PT145 .45 cal pistol S/N: NWA19940 |
| NORENCO MAK-90 SPORTER 7.62 S/N: 9410261 |
| AMT model Kurz Backup .380 SEMI-AUTOMATIC S/N: A87692 AND ONE MAGAZINE |
| BROWNING 9MM model unknown SEMI-AUTOMATIC HAND GUN S/N: 69C7068 |
| BULLETS |
| BULLETS |
| BULLETS |
| BULLETS |
| AMMO |
| SMITH & WESSON .38 Special S/N DAT9598 |

| |
|---|
| 6 - .38 CALIBER FEDERAL BRAND, SPECIAL ROUNDS AND A PLASTIC GLOVE |
| ASSAULT RIFLE C. N. ROMARAM SA/CUGIR 7.2 CALIBER S/N 1-20610-2001 AND MAGAZINE |
| BLACK INTERARMS HAND GUN, MODEL ASTRA A-80, .45 CAL, SERIAL NUMBER: 1274953 |
| SEVEN (7) .45 CAL ROUNDS |
| SILVER SMITH & WESSON HANDGUN, MODEL SW40VE, .40 CAL, SERIAL NUMBER: DUN3150 (HEAVILY SCRATCHED) |
| FIVE (5) .40 CAL ROUNDS |
| (2) Test fires |
| (2) Test fires |
| SKS TYPE RIFLE, S/N 9151099PC AND MAGAZINE (formerly 1B 12) unknown make, model & caliber |
| Scope attached to SKS TYPE RIFLE, S/N 9151099PC |
| GLOCK MODEL 36 .45 CAL HANGUN WITH MAG, S/N DBE314US |
| ONE SMALL TOP-BREAK REVOLVER S/N 10822 (formerly 1B 12) unknown make, model & caliber |
| ONE COLT DETECTIVE SPECIAL .38 REVOLVER SERIAL NUMBER CAN NOT BE SEEN |
| ONE RUGER P95DC 9MM PISTOL WITH MAGAZINE, SERIAL NUMBER HAS BEEN OBLITERATED |
| ONE Yugo SKS MODEL 59/66 , S/N F131335, MARKED 'YUGO 7.62 X 39' |
| bayonet attached to ONE unknown make SKS MODEL 59/66 , S/N F131335, MARKED 'YUGO 7.62 X 39 |
| BOX CONTAINING: 2. 34 ROUNDS FROM SKS RIFLE 4. FIVE ROUNDS FROM GLOCK PISTOL 7. ONE .45 CAL ROUND AND ONE 9MM ROUND 13. 38 MISC. AMMUNITION 21. ONE 9MM ROUND 27. MISC. AMMUNITION 31. 22 BOXES OF 7.62 X 39 AMMO 34. ONE .380 AUTO ROUND, ONE 9MM ROUND AND TWO .22 SPENT CASINGS 36. ONE HANDGUN HOLSTER 38. SIX .38 SPECIAL ROUNDS 40. 8 X 9 MM ROUNDS 43. MISC. AMMUNITION 44. TWO KNIVES 45. MISC. AMMUNTION AND GUN LUBE |
| ONE SKS 7.62 RIFLE S/N: 1810 (1944) model unknown |
| S&W .22 cal model 617-1 revolver w/ 6 in. barrell s/n: buj1171 |
| bullets from S&W .22 cal revolver |
| 15 ROUNDS |
| ONE BOX OF (24) .38 SPECIAL ROUNDS, BOX CONTAINING (50) 9MM LUGER ROUNDS, AND (8) .45 CALIBER AUTO ROUNDS |
| 1 - 45 cal round; 1 - .357 mag round; 5 - 41 cal mag rounds |
| Eight (8) rounds of 9mm ammo; seven (7) rounds found in magazine inserted in Item 1 pistol. One (1) round loaded in chamber |
| 9mm Ruger P89 Pistol, no S/N (obliterated)(marked with C/A initials "GEH") (NIBIN tested) |
| Romanian AK47, S/N 31-30023-2000, Century Arms Importers (NIBIN tested) |
| One AK47 magazine [Magazine removed from item 3][Thirty (30) rounds 7.62x39 separated for transportation and storage] |
| Fourteen (14) rounds 7.62x39 |
| Magazine separated from 9mm Ruger P89 Pistol, no S/N (obliterated)(marked with C/A initials "GEH") [Note: Firearm, magazine, and ammunition were separated for transportation and storage] |
| Thirty (30) rounds 7.62x39 [Separated from Item 4A for transportation and storage] |
| FIREARMS AND TOOLMARKS UNIT SECONDARY EVIDENCE  FK1, FK2, FK3 (CARTRIDGE CASES AND BULLETS: NO LIVE ROUNDS) |

| |
|---|
| Mossberg 146 B-A .22 cal Rifle, unknown S/N |
| Colt Trooper 357, .357 Magnum CTG s/n: 52065 |
| Twenty-Three (23) Winchester 20g AA Shotgun Shells |
| Thirteen (13) 7.62x39mm Cartridges |
| Ammunition box containing twenty-five (25) mixed rounds of .45 ammunition. |
| Box marked as Winchester and containing five (5) .40 cal rounds. |
| Pacnmayr .40 cal magazine |
| Cobray DD Cal 45 .45 Double Barrell Handgun, s/n: C00037640 |
| Astra Cub .22 cal Handgun, s/n: 157664 |
| FTU Secondary Evidence (test fires from 1B 54 and 1B 56) |
| One (1) Magazine with Seven (7) 9mm Bullets from Hi-Point Rifle, Model: 995, 9mm Caliber, Serial: F153789 |
| Hi-Point Rifle, Model: 995, 9mm Caliber, Serial: F153789 |
| Nibin test fires for 1B 35, 37, and 39 |
| Magazine from Springfield XP-25 1B39 |
| NIBIN Test Fires from 1Bs 41, 43, & 44 |
| eleven 9mm bullets |
| Smith & Wesson model 915 9mm s/n: VKM9598 |
| FIE Titan Tiger .38 Cal Pistol s/n 0854790 |
| F2) Four (4) .38 Cal rounds |
| Glock 26 pistol, serial number FHM908 with three magazines |
| NIBIN test fires for 1B 5 |
| Smith & Wesson Pistol, Model: MP9, 9mm Caliber, Serial: HKZ5061 |
| One (1) Magazine & Seven (7) 9mm Caliber Rounds from Smith & Wesson Pistol, Model: MP9, 9mm Caliber, Serial: HKZ5061 |
| Smith & Wesson Rifle, Model; M&P15, .223 Caliber, Serial: SU82681 |
| Loaded Magazine with .223 Caliber Ammo from Smith & Wesson Rifle, Model; M&P15, .223 Caliber, Serial: SU82681 |
| Truglo Scope Attached to Smith & Wesson Rifle, Model; M&P15, .223 Caliber, Serial: SU82681 |
| NIBIN Test Fires for 1B16 |
| Two (2) Rounds of 9mm Ammo |
| Two (2) Rounds of 380 Caliber Ammo and One (1) Smith and Wesson Magazine |
| Mossberg Shotgun, Model: 590, 12 Gauge, SN: V0840209 |
| Five (5) Rounds of 12 Gauge Ammo |
| One (1) 9mm Caliber Ammo Round |
| Two (2) Smith & Wesson Magazines |
| One (1) Box Containing Thirty Three (33) Rounds of Remington 380 Ammo and One (1) Box Containing Ten (10) Rounds of Hornady 380 Ammo |
| One (1) Smith & Wesson Magazine and One (1) ProCal Magazine |
| Six (6) Rounds of 9mm Caliber Ammo |
| Five (5) Rounds of Hornady .380 Caliber Ammo and One (1) Magazine |
| Smith & Wesson Pistol, Model: M&P Bodyguard380, .380 Caliber, Serial: KFD9219 |
| Two (2) Sig Magazines with Thirteen (13) Rounds of 9mm Ammo |
| Sig Sauer Pistol, Model: P365, 9mm Caliber, SN: 66A103958 |
| Smith & Wesson Pistol, Model: SD9VE, 9mm Caliber, SN: FZU8848 |
| One (1) Loaded Magazine |

| |
|---|
| Six (6) Bullets, Six (6) Cartridges, and Two (2) Fired Shot Shells for NIBIN Testing from 1Bs 8, 31, 33, and 42 |
| 1 orange gun safety lock with key. (PACKAGED WITH FIREARM) |
| Emperor Model MXP12 12 ga SN/14B0416 |
| Glock 48 9mm SN/AEBC441 |
| 20 rounds of Ruger 9mm ammunition |
| Smith & Wesson 9mm M&P, serial # HKN7671 |
| Dan Wesson Arms .357 Magnum revolver s/n: S001486 |
| Smith & Wesson .38 Special Revolver s/n: 68419 |
| Ruger P95DC s/n: 311-30587 |
| magazine and ammo from Ruger P95DC s/n: 311-30587 |
| Taurus PT809C 9mm pistol, s/n: TEU77792 |
| two magazines and two bags of 9mm ammo |
| Beretta 9MM handgun, model 92FS, S/N BER706378 |
| Loaded Magazine that accompanied Beretta 9MM handgun, model 92FS, S/N BER706378 |
| Federal model 200 Revolver, 30 cal, S/N RIA1665188 |
| 6 Luger rounds that accompanied the Federal model 200 Revolver, 30 cal, S/N RIA1665188 |
| Box of Remington 9mm (50) |
| Shotgun-12 gauge-Stevens-S/N: E859159 |
| Handgun-9mm-HiPoint/C9-S/N: P230400 |
| Assault Rifle-.223-R-Guns/TRR15-S/N: A55612229 |
| Assault Rifle "Upper"-No S/N |
| Sight Attached to Handgun-9mm-HiPoint/C9-S/N: P230400 |
| Sight Attached to Assault Rifle-.223-R-Guns/TRR15-S/N: A55612229 |
| Ruger SR40 .40 cal pistol s/n: 342-48115 |
| Ruger 9mm P93DC handgun s/n: 306-044-71 w/ empty mag |
| Young America H&R Arms .22 pistol unknown s/n |
| loaded magazine from Ruger SR40 .40 cal pistol s/n: 342-48115 |
| Firearms magazine and rounds (cartridges) |
| 12 Gauge Shotgun, Stevens, Model 77 |
| Smith and Wesson Revolver, Model: 38 Special, SN: J932454 |
| 5 Rounds of .38 Ammunition |
| Universal MI CARBINE S/N 88095 MODEL M I CARBINE, 30 CALIBER, IMPORTED BY UNIVERSAL, HIALEAH, FLORIDA |
| ONE BANANA MAGAZINE WITH LIVE AMMUNITION |
| Black Too Box Containing Misc. Ammuntion and Two (2) Magazines |